AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| Anthony Tatum | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. |
| X. Corp.; Elon Musk; Jane and John Does Nos. 1-5 | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

X. Corp.

Date: 02/12/2024

/s/ Caroline Marie Gieser
*Attorney's signature*

Caroline Marie Gieser NC Bar # 51610
*Printed name and bar number*
Shook, Hardy & Bacon LLP
1230 Peachtree Street
Suite 1200
Atlanta, GA 30309
*Address*

cgieser@shb.com
*E-mail address*

(470) 867-6013
*Telephone number*

(470) 867-6001
*FAX number*