UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| ANTHONY TATUM, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| vs. | ) | **JUDGMENT IN A CIVIL CASE** |
|  | ) | **CASE NO. 7:24-CV-81-D** |
| X. CORP., ELON MUSK, and JANE AND JOHN DOES 1-5, | ) |  |
|  | ) |  |
| Defendants. | ) |  |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court DISMISSES WITHOUT PREJUDICE defendant Musk for insufficient service of process and DISMISSES WITHOUT PREJUDICE plaintiff's complaint.

This Judgment filed and entered on July 17, 2024, and copies to:
Caroline Marie Gieser     (via CM/ECF electronic notification)
Anthony Tatum            (via US Mail to 133-1F Leeward Ln, Hampstead, NC 28443)


July 17, 2024                                            Peter A. Moore, Jr.
                                                         Clerk of Court


                                              By: /s/ Stephanie Mann
                                                  Deputy Clerk